# EXHIBIT A

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

Case 0:23-cv-60782-AHS   Document 1-4   Entered on FLSD Docket 04/27/2023   Page 2 of 4

## Buyer's Order

**Dealer/Seller Name and Address**

Carstrada, Inc
6023 Hollywood Blvd
Hollywood, FL 33024

Phone   (954) 893-5611
Fax     (954) 893-5613

Date  11/29/2022
App No.  App# 77318363 - V# 2

**Buyer/Co-Buyer Name(s) and Address(es)**

Morgan M Saccone

Mo. of birth _____    Mo. of birth _____    Mo. of birth _____

Stock No. _____
Contract No.  3007

Salesperson  LILYA SIGAL

### Vehicle Information

| ☐ New | ☒ Used | ☐ Demo | ☐ _____ |
|---|---|---|---|

Year  2019           Lic. No.
Make  Honda         Odometer Reading  9712
Model  HR-V          Color
Body Style  SUV
VIN  _____8777
Other

### Insurance Information
Buyer has arranged insurance on the motor vehicle.

### Trade-In Information

**Trade-in 1**

Year  2017           Lic. No.
Make  Hyundai       Odometer Reading  0
Model  Elantra GT    Color
Body Style  Hatchback
VIN  _____2573
Lienholder Name
Address

Phone                Payoff  N/A
Payoff good through
Approved

**Trade-in 2**

Year                 Lic. No.
Make                 Odometer Reading
Model                Color
Body Style
VIN
Lienholder Name
Address

Phone                Payoff  N/A
Payoff good through
Approved

### Itemization of Sale

| # | Item | Amount $ |
|---|---|---|
| 1. | Vehicle Sales Price | 20600.00 |
| 2. | Sales Tax   6.00 | 1055.94 |
| 3. | County Tax   N/A | 0.00 |
| 4. | Other Tax(es)   N/A | N/A |
| 5. | **Subtotal (Add lines 1 through 4)** | 21655.94 |

**Title, License, Taxes & Other Fees**

| # | Item | Amount $ |
|---|---|---|
| 6. | Predelivery Service Fee* | 999.00 |
| 7. | Electronic Transfer Fee* | N/A |
| 8. | License Plate/Registration | 250.00 |
| 9. | Certificate of Title | C.O.D |
| 10. | Temp Tag | N/A |
| 11. | Doc Stamp | 52.50 |
| 12. | dealer fee | N/A |
| 13. | | N/A |
| 14. | | N/A |
| 15. | **Total Other Fees** (Add lines 6 through 14) | 1301.50 |

**Additional Products**

| # | Item | Amount $ |
|---|---|---|
| 16. | | N/A |
| 17. | | N/A |
| 18. | | N/A |
| 19. | | N/A |
| 20. | | N/A |
| 21. | | N/A |
| 22. | | N/A |
| 23. | | N/A |
| 24. | **Total Products** (Add lines 16 through 23) | N/A |
| 25. | **Cash Sale Price** (Add lines 5 + 15 + 24) | 22957.44 |
| 26. | Trade-in Allowance | 4000.00 |
| 27. | Less Payoff | N/A |
| 28. | **Net Trade Allowance** (Line 26-27) | 4000.00 |
| 29. | Cash Down Payment | 4000.00 |
| 30. | Deferred Down Payment | N/A |
| 31. | **Total Down Payment** (Line 28 + 29 + 30) | 8000.00 |
| 32. | **Total Balance Due** (Line 25-31) | 14957.44 |

We may retain or receive a portion of any amounts paid to others.

* This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale. These fees are not state or government fees.

Initials:  MS   _____

Buyers Order-FL
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BUY-ORDER-FL 10/15/2020
Bankers Systems®
Page 1 of 3

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Nov 29, 2022 12:28:44 PM.


## Additional Terms

**Definitions.** *Contract* refers to this *Buyer's Order*. The pronouns *you* and *your* refer to each Buyer signing this Contract. *Dealer* and the pronouns *we, us* and *our* refer to the Dealer/Seller. *Vehicle* means the motor vehicle described in the *Vehicle Information* section. *Trade-in Vehicle(s)* refers to the vehicle(s) described in the *Trade-in Information* section being traded to the Dealer/Seller as part of this transaction. *Manufacturer* refers to the entity that manufactured the Vehicle.

**Agreement to Purchase.** You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have canceled this Contract under the condition described in the *Manufacturer* section, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

**Manufacturer.** We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff we made to a lienholder and costs for repair and reconditioning, if any.

**Insurance.** You represent that the insurance information you have given us is accurate.

**Trade-in Vehicle.** You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal "brand" such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, and (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of canceling the transaction. You agree to immediately pay us the difference.

**Retail Installment Contract.** In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

**Vehicle Inspection.** You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

**Vehicle Condition.** You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

Initials: *MS* _____

Buyers Order-FL
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
BUY-ORDER-FL 10/15/2020
Bankers Systems®
Page 2 of 3

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Nov 29, 2022 12:28:44 PM.

### Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.
If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Guía para compradors de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### Notices

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ __N/A__ of negative equity.

**Section 501.98, Florida Statutes,** requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

eSigned By: *Morgan Saccone* Nov 29, 2022 12:28:20 PM PST    11/29/2022
Buyer  Morgan M Saccone                                      Date

Buyer _____ Date

Buyer _____ Date

---

Check the box below when Fla. Stat. Ann. § 319.001(9) applies:
☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.

Buyer _____ Date

Buyer _____ Date

Buyer _____ Date

### Signatures

**This agreement is not binding upon the Dealer/Seller until it is signed by an authorized representative of the Dealer/Seller.**

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract.

eSigned By: *Morgan Saccone* Nov 29, 2022 12:28:20 PM PST    11/29/2022
Buyer  Morgan M Saccone                                      Date

Buyer _____ Date

Buyer _____ Date

eSigned By: *LILYA SIGAL* Nov 29, 2022 12:24:19 PM PST    11/29/2022
Dealer/Seller  Carstrada, Inc                                 Date

Westlake Financial
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010

Buyers Order-FL
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
BUY-ORDER-FL 10/15/2020
Bankers Systems®
Page 3 of 3

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Nov 29, 2022 12:28:44 PM.