# EXHIBIT C

 **Vehicle History Report™**  US $39.99

**2019 HONDA HR-V EX-L**
VIN: 3CZRU5H77KM718777
4 DOOR WAGON/SPORT UTILITY
1.8L I4 F SOHC 16V
GASOLINE
FRONT WHEEL DRIVE

 Total loss vehicle

 **6** Service history records

 **3** Previous owners

 Types of owners: Personal lease, Personal

 Last owned in Florida

**9,712** Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/24/23 at 12:43:38 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| Ownership History  The number of owners is estimated | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2020 | 2021 | 2022 |
| Type of owner | Personal lease | Personal | Personal |
| Estimated length of ownership | 8 months | 1 yr. 3 mo. | 3 months |
| Owned in the following states/provinces | Texas | Texas | Florida |
| Estimated miles driven per year | --- | --- | --- |
| Last reported odometer reading | 4,419 | 9,549 | 9,712 |

| Title History  CARFAX guarantees the information in this section | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| **Damage Brands**  Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | No Problem | No Problem | No Problem |
| **Odometer Brands**  Not Actual Mileage \| Exceeds Mechanical Limits | No Problem | No Problem | No Problem |

| **CARFAX** Additional History Not all accidents / issues are reported to CARFAX | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| **Total Loss** Total Loss Reported: 09/02/2022. | ✓ No Issues Reported | Total Loss Reported | No New Issues Reported |
| **Structural Damage** CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Airbag Deployment** No airbag deployment reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Odometer Check** No indication of an odometer rollback. | ✓ No Issues Indicated | ✓ No Issues Indicated | ✓ No Issues Indicated |
| **Accident / Damage** Accident reported: 06/09/2022. | ✓ No Issues Reported | Accident Reported | No New Issues Reported |
| **Manufacturer Recall** No open recalls reported to CARFAX. Check with an authorized Honda dealer for any open recalls. | ✓ No Recalls Reported | ✓ No Recalls Reported | ✓ No Recalls Reported |
| **Basic Warranty** Original warranty estimated to have 0 months or 26,288 miles remaining. | ✓ Warranty Active | ✓ Warranty Active | ✓ Warranty Active |

## **CARFAX** Detailed History

**Owner 1**
Purchased: 2020
Personal Lease Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/29/2019 | | Honda of Denton Denton, TX 940-257-2509 hondaofdenton.com/ ★ 4.7 / 5.0 631 Verified Reviews ♥ 445 Customer Favorites | **Vehicle offered for sale** |
| 06/13/2019 | 5 | Honda of Denton Denton, TX 940-257-2509 hondaofdenton.com/ ★ 4.7 / 5.0 631 Verified Reviews ♥ 445 Customer Favorites | **Vehicle serviced** - Pre-delivery inspection completed - Floor mats installed - Safety inspection performed - Emissions or safety inspection performed |

| | | | |
|---|---|---|---|
| 02/03/2020 | 341 | Huggins Honda<br>North Richland Hills, TX<br>817-485-0300<br>hugginshonda.com/dallas-fort-worth-carfax-used-cars-shoppers.htm<br>⭐ 4.6 / 5.0<br>742 Verified Reviews | **Vehicle offered for sale** |
| 02/04/2020 | | Huggins Honda<br>North Richland Hills, TX<br>817-485-0300<br>hugginshonda.com/dallas-fort-worth-carfax-used-cars-shoppers.htm<br>⭐ 4.6 / 5.0<br>742 Verified Reviews | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Vehicle washed/detailed<br>- Emissions or safety inspection performed |
| 02/07/2020 | 343 | Huggins Honda<br>North Richland Hills, TX<br>817-485-0300<br>hugginshonda.com/dallas-fort-worth-carfax-used-cars-shoppers.htm<br>⭐ 4.6 / 5.0<br>742 Verified Reviews | **Vehicle sold** |
| 03/05/2020 | | Texas<br>Motor Vehicle Dept.<br>Bedford, TX<br>Title #22025843885250006 | **Title issued or updated**<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Vehicle color noted as Black |
| 11/28/2020 | | Huggins Honda<br>North Richland Hills, TX<br>817-485-0300<br>hugginshonda.com/dallas-fort-worth-carfax-used-cars-shoppers.htm<br>⭐ 4.6 / 5.0<br>742 Verified Reviews | **Vehicle serviced**<br>- Engine/powertrain computer/module checked<br>- Wiper(s) replaced<br>- Oil and filter changed<br>- Vehicle washed/detailed<br>- Tire(s) balanced<br>- Tires rotated<br>- Safety inspection performed<br>- Front wiper blades/refills replaced<br>- Windshield repaired<br>- Emissions or safety inspection performed |
| | | | Looks like this dealer serviced the car in order to prepare it for sale. That's a good thing! |
| 11/29/2020 | 4,388 | Huggins Honda<br>North Richland Hills, TX | **Vehicle offered for sale** |

| | | | |
|---|---|---|---|
| | | ⭐ 4.6 / 5.0<br>742 Verified Reviews | |
| 12/01/2020 | 4,411 | Texas<br>Inspection Station<br>Bedford, TX | **Passed emissions inspection** |
| 12/02/2020 | | Honda Certified Dealer<br>North Richland Hills, TX<br>*Honda Certified Pre-Owned* | **Offered for sale as a Honda Certified Pre-Owned Vehicle**<br>- Crystal Black Pearl exterior<br>- Black interior |
| 12/11/2020 | | Huggins Honda<br>North Richland Hills, TX<br>817-485-0300<br>hugginshonda.com/dallas-fort-worth-carfax-used-cars-shoppers.htm<br>⭐ 4.6 / 5.0<br>742 Verified Reviews | 🔧 **Vehicle serviced** |
| 01/13/2021 | 4,419 | Honda Certified Dealer<br>North Richland Hills, TX<br>*Honda Certified Pre-Owned* | **Sold as a Honda Certified Pre-Owned Vehicle** |

👤 **Owner 2**    Personal Vehicle
Purchased: 2021

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 03/02/2021 | | Texas<br>Motor Vehicle Dept.<br>Dallas, TX<br>Title #22039644247250007 | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 12/07/2021 | 7,819 | Valley View Car Care Center<br>Dallas, TX<br>972-241-5754<br>demandforce.com/b/valleyviewcarcare/review/247971<br>⭐ 4.6 / 5.0<br>27 Verified Reviews<br>❤ 352 Customer Favorites | 🔧 **Vehicle serviced**<br>- Oil and filter changed<br>- Safety inspection performed<br>- Emissions inspection performed<br>- Emissions or safety inspection performed |
| 12/07/2021 | | Texas<br>Inspection Station<br>Dallas, TX | **Passed emissions inspection** |
| 02/20/2022 | | Texas | **Registration issued or renewed** |

| | | | |
|---|---|---|---|
| | Motor Vehicle Dept.<br>Dallas, TX<br>Title #22039644247250007 | | - Loan or lien reported<br>- Passed safety inspection<br>- Vehicle color noted as Black |
| 06/09/2022 | Damage Report |  | **Accident reported: minor damage**<br>- Damage to right front<br>- Damage to front |



**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

| | | | |
|---|---|---|---|
| 06/23/2022 | Texas<br>Motor Vehicle Dept. | | **Vehicle purchase reported** |
| 07/01/2022 | Texas<br>Motor Vehicle Dept.<br>Dallas, TX<br>Title #28695344740005773 | | **Title issued or updated**<br>- Loan or lien released<br>- Vehicle color noted as Black |
| 09/02/2022 | Damage Report | | **TOTAL LOSS VEHICLE** |



There are many reasons an insurance company will declare a vehicle a total loss. Have this vehicle inspected by a qualified technician before you buy. Learn More

| | | | | |
|---|---|---|---|---|
| 09/02/2022 | 9,549 | Texas<br>Motor Vehicle Dept.<br>Austin, TX | | **Title or registration issued to insurance company**<br>- Vehicle color noted as Black |

| | | | |
|---|---|---|---|
| | | | Title #01100344796143915 |

| Owner 3 Purchased: 2022 | | | Personal Vehicle |

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 11/29/2022 | | Westlake Financial<br>Los Angeles, CA<br>888-739-9192<br>westlakefinancial.com | **Loan or lien reported** |
| 11/29/2022 | 9,712 | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 12/02/2022 | | Florida<br>Motor Vehicle Dept.<br>Boca Raton, FL<br>Title #0148916382 | **Title issued or updated**<br>- Registration issued or renewed<br>- New owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| | |  | Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More |
| 12/16/2022 | | Tint World - Boca<br>Boca Raton, FL<br>561-408-0777<br>tintworld.com/boca-raton-fl-006/<br>⭐ 4.8 / 5.0<br>28 Verified Reviews<br>❤ 7 Customer Favorites | **Vehicle serviced**<br>- Tire(s) replaced |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

### Accident Indicator
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2021 edition, 5% of the 276 million registered vehicles in the U.S. were involved in an accident in 2019. Over 77% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/24/23 at 12:43:38 PM (CDT). Other information about this vehicle, including problems, may not

have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### Damage Indicator
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/24/23 at 12:43:38 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### Damage Severity
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

### First Owner
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

### New Owner Reported
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

### Ownership History
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

### Title Issued
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

### Total Loss Vehicle
An insurance or fleet company declares a vehicle a total loss when a claim exceeds approximately 75% of its pre-damage value or if the vehicle is stolen and not recovered. This damage threshold varies by company. These companies typically take possession and obtain the title. Not all total loss vehicles result in a DMV-reported branded title. This may occur when an insurance company's definition of a total loss is different than the state DMV's definition for a branded title or when the owner of the vehicle is a self-insured company, like a fleet or rental company.

Follow Us:  facebook.com/CARFAX     @CARFAXinc     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2023 CARFAX, Inc., part of S&P Global. All rights reserved.
3/24/23 12:43:38 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2019 HONDA HR-V vehicle (VIN: 3CZRU5H77KM718777), which is based on information supplied to CARFAX and available as of 3/24/23 at 1:43 PM (EDT).

_____   _____   _____   _____
**Customer Signature**                                  **Date**                  **Dealer Signature**                                    **Date**