# EXHIBIT D



## STATE OF FLORIDA
## APPLICATION FOR VEHICLE/VESSEL
## CERTIFICATE OF TITLE

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 10 | 4 | BZM | 6158 |

AUDIT #

L# 4066604
T# 1739537697
B# 2811130
S# 95599842

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 148916382 | 3CZRU5H77KM718777 | 2019 | HOND | 4D | BLK | 3500 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 12 02 22 | OUT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
MORGAN MARGARET SACCONE
131 S FEDERAL HWY APT 621
BOCA RATON, FL 33432

| SEX | BIRTHDATE MO. DAY YEAR | RESIDENT Y N ALIEN | CNTY RES.# |
|---|---|---|---|
| F | 06 07 98 | X | 26 |

1st OWNER FL/DL# OR F.E.I.D#: S250553987070
2nd OWNER FL/DL# OR UNIT#:

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 4.75 | 83.00 | 0.00 | 87.75 |

Action Requested: ORIG USED TITLE
RETAINED AS ELECTRONIC TITLE

Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| TX | 11/29/2022 | | XX | 9,712 MILES 11/29/2022 ACTUAL | ☐ |

### LIEN INFORMATION
| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 11/29/2022 | 12/02/2022 | 954177647-01 | 201803682 |

NAME OF FIRST LIENHOLDER:
WESTLAKE FINANCIAL SERVICES

ADDRESS
ELECTRONIC LIEN

SALVAGE TYPE

### SELLER INFORMATION
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
CARSTRADA INC

ADDRESS
6023 HOLLYWOOD BLVD # B
HOLLYWOOD, FL 33024-7935

DEALER LICENSE NO.
VI10189171

CONSUMER OR SALES TAX EXEMPTION #

### SALES TAX AND USE REPORT
TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS  $

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES  $ 0.00

☐ SELLING PRICE VERIFIED

### APPLICANT CERTIFICATION
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner                Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06    SCAN CODE   MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

SCAN TRANSACTION NUMBER: 673078641

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: ☒ Title No.: **16668 2706**  State of Issue: **TX**
☐ Manufacturer's Statement or Certificate of Origin
Is the title electronic?  ☐ Yes  ☐ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 3CZRU5H77KM718717 | 2019 | HONDA | HRV | SUV |

### REASSIGNMENT INFORMATION

Name of Seller(s)/Agent (Print): **CAPSTRADA INC**
DL/ID#, DMS ACCT#, FEID#: **VI-7018917-1**
DEALER/AUCTION LICENSE (if applicable):

Street Address: **6023 Hollywood Blvd**  City: **Hollywood**  State: **FL**  Zip: **33024**

Selling Price (If Applicable):   Sales Tax Collected (If Applicable):   Sales Tax Reg. No. (If Applicable):

Purchaser and Co-Purchaser's Printed Name(s): **MORGAN M. SACCONE**   Date of Sale: **11/29/22**

Purchaser's Address: **1319 FEDERAL HWY APT 621**  City: **BOCA RATON**  State: **FL**  Zip: **33432**

Co-Purchaser's Address (If applicable):  City:  State:  Zip:

Auction Name (If applicable):  Auction License Number:  State of License:  Date of Auction:

Street Address:  City:  State:  Zip:

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS, **9,712** XX (NO TENTHS) MILES, DATE READ **11/29/22** AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Printed Name of seller(s)/Agent: **VAI G. OAC**   Seller(s)/Agent Signature: _(signed)_

Printed Name of Co-seller (If applicable):   Co-Seller Signature (If applicable):

Purchaser(s) Signature: **M Gxx**   Co-Purchaser(s) Signature:

Purchaser(s) Printed Name First, Full Middle or Maiden, Last: **MORGAN SACCONE**   Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last:

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE   COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

WHEN ABOUT THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1. with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used;

Or

2. with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3. with conforming MCO, when the MCO is not available at the time of sale;

Or

4. with all out-of state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5. when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE: This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

**CHECK APPLICATION TYPE:** ☐ ORIGINAL ☐ TRANSFER  **VEHICLE TYPE:** ☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  **OFF-HIGHWAY VEHICLE:** ☐ ATV ☐ ROV ☐ MC

### 1. OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | Owner — Are you a Florida resident? ☒ yes ☐ no / Are you an alien? ☐ yes ☒ no | Co-Owner — ☐ yes ☐ no / ☐ yes ☐ no | Unit Number | Fleet Number |

☐ OR ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person  ☐ Tenancy By the Entirety  ☐ With Rights of Survivorship  ☒ Owner's County of Residence: _____

| Owner's Name As It Appears on Driver License | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| Morgan M Saccone | msaccon39@gmail.com | 6/7/1998 | | |
| Co-Owner/Lessee's Name | Co-Owner's/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |

| Owner's Mailing Address | City | State | Zip |
|---|---|---|---|
| 131 S Federal Hwy Apt 621 | Boca Raton | FL | 33432 |
| Co-Owner's/Lessee's Mailing Address | City | State | Zip |

| Owner's/Lessee's Physical Street Address in Florida | City | State | Zip |
|---|---|---|---|
| 131 S Federal Hwy Apt 621 | Boca Raton | FL | 33432 |
| Mobile Home Physical Address (if applicable) ☐ | City | State | Zip |

| Mail To Customer Name | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|

| Mail To Customer Address | City | State | Zip |
|---|---|---|---|

### 2. MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| 3CZRU5H77KM718777 | Honda | 2019 | SUV | | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight 2974 | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE ☐ PASSENGER ☐ OTHER |

**TYPE:** ☐ Open Motorboat ☐ Cabin Motorboat ☐ Auxiliary Sailboat ☐ Inflatable ☐ Houseboat ☐ Pontoon ☐ Airboat ☐ Sailboat ☐ Personal Watercraft ☐ Canoe ☐ Other _____

**HULL MATERIAL:** ☐ Wood ☐ Fiberglass ☐ Wood/Fiberglass ☐ Other ☐ Aluminum ☐ Steel

**PROPULSION:** ☐ Outboard ☐ Inboard ☐ Inboard/Outboard ☐ Other ☐ Sail ☐ Air Propelled

**FUEL:** ☐ Gas ☐ Diesel ☐ Electric ☐ Other

**DRAFT OF VESSEL:** FT. ___ IN. ___

**USE OF VESSEL:** ☐ Recreational (Pleasure) ☐ Dealer/Manuf. ☐ Commercial Fish ☐ Exempt ☐ Hire (Livery) ☐ Commercial Blue Crab ☐ Commercial Live Bait ☐ Commercial Mackerel ☐ Commercial Stone Crab ☐ Commercial Shrimp Recip. ☐ Commercial Shrimp Non-Recip. ☐ Government ☐ Commercial Charter ☐ Commercial Oyster ☐ Commercial Sponge ☐ Commercial Other ☐ Commercial Spiny Lobster

State of Principal Use: _____
PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: _____

Previously Federally Documented Vessel, Attach Copy of: ☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers

### 3. BRANDS, USAGE AND TYPE
☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☐ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ LEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

### 4. LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER ☒ | ☐ FEID # ☐ DL # and Sex and Date of Birth ☐ DMV Account # 0201803682 | Date of Lien 11/29/2022 | Lienholder's Name Westlake Financial |
|---|---|---|---|
| Lienholder's Email Address DUGGANAUTO@YAHOO.COM | Lienholder's Address PO Box 997592 | City Sacramento | State CA  Zip 95899-7592 |

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Signature of Lienholder's Representative)

### 5. TRANSFER TYPE
IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☒ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) _____
**DATE ACQUIRED** 11 / 29 / 2022

### 6. ODOMETER DECLARATION
WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS **0 0 9 , 7 1 2** .XX (NO TENTHS) MILES, DATE READ 11 / 29 / 2022 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:
☒ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. IS NOT THE ACTUAL MILEAGE.

### 7. DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 16-8013772795-8 | 11/29/2022 | 10189171 | 1055.94 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| 2017 | Hyundai | | KMHD35LH9HU372573 |

HSMV 82040 – REV. 11/15     RULE 15C-21.001, FAC     www.flhsmv.gov

## 8 — MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **3CZRU5H77KM718777** (Vehicle Identification Number)

DATE: 11/29/2022

SIGNATURE / PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name: **Carstrada, Inc**   Badge # or Florida Dealer #: _____   Notary Stamp or Seal

FL DMV/Tax Collector Employee: _____   Florida Compliance Examiner/Inspector Badge or ID Number: _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ (Print, Type or Stamp)   NOTARY'S SIGNATURE: _____

## 9 — SALES TAX EXEMPTION CERTIFICATION

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE   CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER: _____

☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL   SALES TAX REGISTRATION NUMBER: _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason:  ☐ INHERITANCE  ☐ GIFT
☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN A MARRIED COUPLE  ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")
☐ OTHER: (EXPLAIN) _____

## 10 — REPOSSESSION DECLARATION

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

## 11 — NON-USE AND OTHER CERTIFICATIONS

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN) _____

## 12 — APPLICATION ATTESTMENT AND SIGNATURES

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)   Date: 11/29/2022   SIGNATURE OF APPLICANT (CO-OWNER)   Date

## 13 — RELEASE OF SPOUSE OR HEIRS INTEREST

The undersigned person(s) state(s) as follows: That _____ (Name of Deceased) died on _____ (Date).

☐ testate (with a will)
☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)   Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

**16668 2706**

▶ FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: Auction XM
Street: 595 Roswell St
City: Marietta
State: GA
Zip: 30060

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 9519
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 9-28-22

Signature of Seller/Agent
Printed Name (same as signature): Karen Martinez, Agt

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature): NICOLE STARLING

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: CORSTRADA INC
Street: 6023 Hollywood Blvd
City: Hollywood
State: FL
Zip: 33024

ODOMETER READING (No Tenths): 0585
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 10/25/22

Dealer's Name: Auction XM
Dealer No: 23891

Agent's Signature
Printed Name (same as signature): NICOLE STARLING

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent
Printed Name (same as signature): VAL GIGHL

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____ Street: _____ City: _____ State: _____ Zip: _____

ODOMETER READING (No Tenths): _____
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: _____
Dealer's Name: _____
Dealer No: _____

Agent's Signature / Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent / Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: _____ Street: _____ City: _____ State: _____ Zip: _____

ODOMETER READING (No Tenths): _____
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: _____
Dealer's Name: _____
Dealer No: _____

Agent's Signature / Printed Name (same as signature)
I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent / Printed Name (same as signature)

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS) _____

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

**16668 2706**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 3CZRU5H77KM718777 | 2019 | HOND | LL |

TITLE/DOCUMENT NUMBER: 01100344796143915
DATE TITLE ISSUED: 09/02/2022

MODEL: HRV
MFG. CAPACITY IN TONS:
WEIGHT: 2888
LICENSE NUMBER: TONLY08
PREVIOUS OWNER:

ODOMETER READING: 9549

OWNER: KYTCIA J G MORALES DALLAS TX

REMARK(S): ACTUAL MILEAGE

PROGRESSIVE CASUALTY INSURANCE COMPANY
1340 AIRPORT COMMERCE DR #490
AUSTIN, TX 78741

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: NONE
1ST LIENHOLDER:

1ST LIEN RELEASED ____ DATE
BY ____ AUTHORIZED AGENT

DATE OF LIEN:
2ND LIENHOLDER:

2ND LIEN RELEASED ____ DATE
BY ____ AUTHORIZED AGENT

DATE OF LIEN:
3RD LIENHOLDER:

3RD LIEN RELEASED ____ DATE
BY ____ AUTHORIZED AGENT

33392636 Fort Worth North (718777)

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ____
SIGNATURE ____
SIGNATURE ____ DATE

FORM 30-C REV. 05/2016    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.