UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60782-CIV-SINGHAL

MORGAN M. SACCONE,

     Plaintiff,

vs.

CARSTRADA, INC., *et al.,*

     Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on Plaintiff's Motion for Substituted Service Upon Florida Secretary of State (DE [14]) on June 28, 2023.

Defendant Carstrada, Inc., is a Florida corporation. (DE [1]). Plaintiff has made several unsuccessful attempts to serve Carstrada, Inc., through its registered agent and through the only person listed publicly on Carstrada's latest annual report. *See* (DE [14], Ex. A); Fed. R. Civ. P. 4(h); Fla. Stat. § 48.081. If, after due diligence, a plaintiff is unable to serve a domestic corporation in the manner prescribed by § 48.081(3) and (4), Florida law permits service to be made on the Secretary of State as an agent of the domestic corporation. Fla. Stat. § 4.081(4).

The Court finds that, after due diligence, Plaintiff has been unable to serve Carstrada, Inc., in the manner provided by Fla. Stat. § 48.081.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Substituted Service Upon Florida Secretary of State (DE [14]) is **GRANTED.** Plaintiff may serve Defendant Carstrada, Inc., by substituted service upon the Florida Secretary of State as agent of

Carstrada, Inc. Plaintiff shall submit an Alias Summons and the Clerk of Court shall issue the same.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF