(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Case Number: 23-60782-SINGHAL

MORGAN M. SACCONE

_____
Plaintiff(s)

v.

CARSTRADA INC

_____
_____
_____
Defendant(s)

FILED BY _____ D.C.

AUG - 9 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

MOTION TO REOPEN CASE
_____
(TITLE OF DOCUMENT)

I, IAM VAL SIGAL CARSTRADA (DEPRESENTIC) plaintiff or defendant, in the above styled cause,
I AM REQUESTING THE COURT to REOPEN THE CASE
SO I CAN SHOW PROOF OF PAYMENT THAT
MAID to ATORNEY JOSHUA FEYGIN ESQ.
AND NEVER RECEIVED THE NOTIFICATION THAT
I HAD to FILE ANSWER.
PLEAS SEE ATTACHED EXBITS

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____
                                                  name(s) and address(es)

_____

By:

_VAL Gi GAL_____          _____/V////_____
Printed or typed name of Filer          Signature of Filer

                                        CAPSTRADA @ GMAIL.COM
_____       E-mail address
Florida Bar Number

954-261-2401
_____       _____
Phone Number                            Facsimile Number

6023 B Hollywood Blvd
_____
Street Address

Hollywood FL 33024
_____
City, State, Zip Code