UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60782-CIV-SINGHAL/VALLE

MORGAN SACCONE,

    Plaintiff,

v.

CARSTRADA, INC., and
WESTLAKE SERVICES, LLC,

    Defendants.
_____/

## ORDER TO FILE PROPOSED ORDER SCHEDULING MEDIATION

**THIS CAUSE** has come before the Court *sua sponte* upon review of the docket. On July 7, 2023 (*see* DE [19]), this Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date, and place for mediation, and jointly file a proposed order scheduling mediation, in the form specified by Local Rule 16.2, on or before August 7, 2023. To date, the parties have not submitted a proposed order scheduling mediation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **September 15, 2023**, the parties shall jointly file a proposed order scheduling mediation, as required by the Court's Scheduling Order. The parties are reminded that pursuant to the CM/ECF Administrative Procedures[1] proposed orders must be filed as an attachment to a motion, notice, or other filing. The proposed document must also be e-mailed to the judge at the judge's email

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

address, in Word format.  Failure to Comply may result in dismissal without prejudice or other sanctions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF