# EXHIBIT A

# Joshua Feygin, Esq.

# INVOICE

1930 Harrison Street
Suite 208
Hollywood, FL 33020
US
josh@jfeyginesq.com
O: (954) 228-5674

| Number | 232241 |
|---|---|
| Issue Date | 4/29/2024 |
| Due Date | 5/29/2024 |
| Email | ▮▮▮▮▮@gmail.com |

## Bill To:

Morgan Saccone
▮▮▮▮▮▮▮▮▮▮
boca raton, florida 33432

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>1/2/2023<br>Receipt and review of email from Silverstein with counter-executed agreement; request that funds be overnighted in light of default of payment timing. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/2/2023<br>Emails to/from ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/19/2023<br>Receipt & review of case evaluation request. Emails to/from that followed for more information. | Joshua Feygin | $400.00 | 0.50 | $200.00 |
| Time<br>1/23/2023<br>Receipt and review of RISC; emails to/from that followed re: goals. | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>2/23/2023<br>Email to PC re: need for title history to complete evaluation. Request for auth to obtain title history results. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/23/2023<br>Preparation and submission of title history request to DHSMV | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>2/24/2023<br>Payment to DHSMV for title history; receipt and review of title history. Notes re same. Research that followed re: title branding regulations in TX. Review of article from K Griffin re Texas branding regulations. Review of Tex. Transp. Code § 501.091(15) | Joshua Feygin | $400.00 | 0.90 | $360.00 |
| Time<br>2/27/2023<br>Update to client; explanation of findings; terms of rep | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>2/27/2023<br>Preparation and issuance of retainer. No charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>2/27/2023<br>Receipt/review of intake questionnaire; File prep; setting of SOL deadlines. | Joshua Feygin | $400.00 | 0.30 | $120.00 |
| **Time**<br>3/1/2023<br>Receipt and response to email re terms of rep | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| **Time**<br>3/2/2023<br>Receipt and review of executed retainer; counter execution of same | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| **Time**<br>3/2/2023<br>Preparation of initial demands to Carstrada. | Joshua Feygin | $400.00 | 1.20 | $480.00 |
| **Time**<br>3/2/2023<br>Submission of PRR to DHSMV for bond cert. no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| **Time**<br>3/2/2023<br>Compiling, redacting, printing and issuance of demands no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| **Time**<br>3/8/2023<br>Review of title history; preparation of transfer of title summary | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| **Time**<br>3/13/2023<br>Receipt & review of email from Val Sigal. Emails to/from that followed. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| **Time**<br>3/17/2023<br>Email update to Client that followed. Receipt of email rejecting offer. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| **Time**<br>3/17/2023<br>Initiation of bond claim w/ Hudson no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| **Time**<br>3/22/2023<br>Receipt review of initial correspondence from Hudson. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| **Time**<br>3/23/2023<br>Issuance of bond claim form to Client with update and explanation of bond. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| **Time**<br>3/24/2023<br>Receipt and review of clients executed bond claim form. Email response to S Johnson with supporting records. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| **Time**<br>3/24/2023<br>Receipt and review email from Val Sigal re offer to repurchase vehicle + return $ down +$500 statutory surcharge. Update to client. Rejection of offer received. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| **Time**<br>3/27/2023<br>Discussion with client re damages model. Preparation and issuance of settlement proposal to Val Sigal. | Joshua Feygin | $400.00 | 0.40 | $160.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>3/29/2023<br>Receipt and review of email from Val Sigal re: odometer act demand. Response that followed. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>4/10/2023<br>Receipt and review of email from client re case status. Update that followed. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>4/24/2023<br>Receipt and review of email from Hudson with partial tender. Review of proposed settlement agreement w/ Hudson. Update to client that followed. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>4/24/2023<br>Preparation and issuance of disbursement statement to client no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>4/26/2023<br>Email response from client re update and unsatisfaction with recovery. Response that followed. | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>4/26/2023<br>Initial drafting of complaint | Joshua Feygin | $400.00 | 0.80 | $320.00 |
| Time<br>4/26/2023<br>Email to client with initial draft of complaint for review | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>4/27/2023<br>Issuance of Hudson SA to client no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>4/27/2023<br>Final revisions to complaint. Preparation of attachments. | Joshua Feygin | $400.00 | 1.20 | $480.00 |
| Time<br>4/27/2023<br>Preparation of civil cover sheet. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>4/27/2023<br>Preparation of summons to Westlake & Carstrada inclusive of registered agent research for Carstrada | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>4/27/2023<br>Filing of complaint; exhibits; cover sheet; summons | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>4/28/2023<br>Receipt of executed SA from Client; Email to S Johnson/Hudson with executed SA | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>4/28/2023<br>Receipt and review of Clerk's notice of judge assignment (R. Singhaal) | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>4/28/2023<br>Preparation of corporate disclosure statement inclusive of research as to affiliate entities of Carstrada | Joshua Feygin | $400.00 | 0.40 | $160.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/28/2023<br>Filing of corporate disclosure statement no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>4/28/2023<br>Saving of initial filings to case file. | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>4/28/2023<br>Issuance of initial filings to process server for service no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>4/28/2023<br>Receipt and review of notice of court practice. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>4/28/2023<br>Receipt and review of order to file certificate of interested parties | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/4/2023<br>Receipt and review of status update from process server- business closed, no answer to phone call. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/5/2023<br>Receipt and review of ROS for Westlake. Setting deadline in calendar for responsive pleading (5/5/23). | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/5/2023<br>Filing of ROS for WL no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>5/8/2023<br>Receipt and depositing of Hudson check | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/9/2023<br>Email to client for confirmation of mailing address. Email that followed. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/11/2023<br>issuance of proceeds from Hudson settlement no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>5/11/2023<br>Receipt and review of status update from process server- business closed, no answer to repeated phone calls. Business appears to be closed | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/24/2023<br>Receipt and review of email from I Silverstein/ WL. Request for extension of time and settlement demand; extension granted. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/24/2023<br>Receipt and review of email from WL to chambers re extension of time; response that followed confirming no objection. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>5/24/2023<br>Receipt and review of paperless order granting extension of time; setting of deadline in calendar (6/7/23). | Joshua Feygin | $400.00 | 0.10 | $40.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/24/2023<br>Research into alternate service address; Email to process server with new address for Carstrada substitute service attempt. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>5/24/2023<br>Comprehensive update to client; request for ▮▮▮▮ authorization | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>5/25/2023<br>Emails to/from client re ▮▮▮▮▮▮ to WL; preparation of ▮▮▮▮▮▮ to WL that followed; email to WL. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>6/1/2023<br>Email to Liebler ▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/4/2023<br>Emails to/from process server re substitute service on Carstrada @ 225 Collins address. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/9/2023<br>Email to process server for update re substitute service | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/11/2023<br>Receipt and review of answer and affirmative defenses filed by WL. | Joshua Feygin | $400.00 | 0.50 | $200.00 |
| Time<br>6/12/2023<br>Email to process server for update re substitute service | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/14/2023<br>Email to process server for update re substitute service | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/14/2023<br>Receipt and review of update from process server re Carstrada service request. No response on telecom. Couldnt access bldg. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/15/2023<br>Receipt and review of update from process server re Carstrada service request. No response on telecom. No response on door knock. 0.1 | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/19/2023<br>Emails to/from process server re: non-serve request. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/19/2023<br>Email to Liebler re status of dealership | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/22/2023<br>Receipt and review of non-serve affidavit from process server | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>6/30/2023<br>Receipt and review of order granting motion for subst service | Joshua Feygin | $400.00 | 0.10 | $40.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/30/2023<br>Review of dept of state procedure for serving sec of state; preparation of summons | Joshua Feygin | $400.00 | 0.50 | $200.00 |
| Time<br>6/30/2023<br>Receipt and review of issued summons | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/5/2023<br>Submission of substitute service request through online SOP no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>7/5/2023<br>Review of court's order; email to Liebler re joint scheduling report. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/6/2023<br>F/u email to Liebler re joint scheduling report. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/6/2023<br>Receipt and review of sec of state submission confirmation; review of local rules re procedure for filing same. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/7/2023<br>Receipt and review of draft joint scheduling report; cross referencing proposed dates with calendar; revisions that followed | Joshua Feygin | $400.00 | 0.50 | $200.00 |
| Time<br>7/7/2023<br>Receipt and review of response from Liebler re JSR revisions; emails that followed. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/7/2023<br>Preparation of Sec of State SOP notice to Carstrada at Miami Beach and Hollywood addresses no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>7/7/2023<br>Receipt and review of scheduling order | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>7/7/2023<br>Setting deadlines in calendar re scheduling order no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>7/7/2023<br>Receipt and review of order requiring joint status report; scheduling deadline for same | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>7/8/2023<br>Filing of SOC service confirmation; Setting of deadline for default. | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>7/10/2023<br>Preparation of R26 disclosures | Joshua Feygin | $400.00 | 0.50 | $200.00 |
| Time<br>7/12/2023<br>Preparation of affidavit of compliance re SOS SOP on Carstrada | Joshua Feygin | $400.00 | 0.50 | $200.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>7/15/2023<br>Research into alternate service options; Fla Stat 48.181; Fed R CivP 4(e) | Joshua Feygin | $400.00 | 0.60 | $240.00 |
| Time<br>7/28/2023<br>Email to Liebler re ▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/28/2023<br>Drafting of motion for substitute service inclusive of additional research. | Joshua Feygin | $400.00 | 0.90 | $360.00 |
| Time<br>7/28/2023<br>07/28/2023 Filing of motion for subst service | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/28/2023<br>Preparation of motion for judicial default | Joshua Feygin | $400.00 | 0.30 | $120.00 |
| Time<br>7/28/2023<br>Filing of motion for judicial default | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/28/2023<br>Update to client re status of case | Joshua Feygin | $400.00 | 0.30 | $120.00 |
| Time<br>7/28/2023<br>Receipt and review of WL initial R26 disclosures | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>7/28/2023<br>Preparation and issuance of motion for default to Carstrada RA address no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>7/28/2023<br>Final revisions to initial disclosures; service of same upon WL | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/28/2023<br>Receipt and review of clerks entry of default as to Carstrada | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/29/2023<br>Update to client | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>7/31/2023<br>Receipt and review of court's order re default final judgment procedure. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/1/2023<br>Receipt and review of bodyshop invoice from client w/ frame damage and poor structural repairs | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/10/2023<br>Receipt and review of motion to reopen filed by Val Sigal | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/10/2023<br>Preparation of motion to strike motion to reopen | Joshua Feygin | $400.00 | 0.40 | $160.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/10/2023<br>Service of filed motion to strike upon Carstrada RA no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>8/11/2023<br>Receipt and review of order denying motion to reopen; setting deadline for Carstrada to retain counsel (08/25/23) | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/11/2023<br>Phone call from Atty. Perry Goodman/Carstrada insurance carrier; requesting extension of time on behalf of Carstrada while Carstrada retains counsel. Email that followed confirming agreement. Setting of deadline in calendar. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/14/2023<br>Email to Liebler re ▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>8/17/2023<br>Receipt and review of court order directing parties to file notice of mediation | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>8/17/2023<br>Emails to/from I Silverstein re ▮▮▮▮▮ and mediation | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/21/2023<br>Meet/confer emails to/from to Liebler re MFET for default | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>8/21/2023<br>Preparation of MFET to comply with Court's order re default judgment procedure in light of P Goodman's request | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>8/22/2023<br>Receipt and review of order granting MFET; setting new deadline (09/05/23) | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>8/31/2023<br>Update to client | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>8/31/2023<br>Preparation of notice of joint and several liability inclusive of research. | Joshua Feygin | $400.00 | 0.90 | $360.00 |
| Time<br>8/31/2023<br>Filing of notice of joint and several liability no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>8/31/2023<br>Email to I Silverstein/WL re proposed mediations | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>9/12/2023<br>Preparation of initial discovery to WL (RFA+RFP); inclusive of review of answer & affirmative defenses; and research. Service of same upon WL. Setting deadline in calendar for response. | Joshua Feygin | $400.00 | 3.20 | $1,280.00 |
| Time<br>9/12/2023<br>Coordinating mediation with WL | Joshua Feygin | $400.00 | 0.20 | $80.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/12/2023<br>Scheduling of mediation with G Holder no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>9/14/2023<br>Preparation of notice of setting mediation; dispatch of same to chambers | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>9/19/2023<br>Receipt and review of order requiring parties to schedule mediation | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>9/19/2023<br>Submission of notice of mediation via ECF no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>10/16/2023<br>Receipt and review of extension request from WL re discovery; granted (10/30/23) | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>10/31/2023<br>Receipt and prelim review of initial disco from WL | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>11/13/2023<br>Receipt and review of WL discovery responses; notes re same. | Joshua Feygin | $400.00 | 1.80 | $720.00 |
| Time<br>11/13/2023<br>Preparation of motion to compel discovery and conferral letter; email to Liebler re same. | Joshua Feygin | $400.00 | 0.80 | $320.00 |
| Time<br>11/13/2023<br>Email to client with discovery requests from WL | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>11/15/2023<br>Email to client to confirm receipt of discovery requests | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>11/17/2023<br>Preparation of (b)(6) deposition notice re WL | Joshua Feygin | $400.00 | 1.70 | $680.00 |
| Time<br>11/20/2023<br>Email from client w/ questions re discovery; phone call that followed | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>11/21/2023<br>Email to I Silverstein re coordinating WL (b)(6) depo; draft notice; meet and confer request re topics and duces tecum. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>11/21/2023<br>Email from Liebler re ████████ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>11/24/2023<br>F/u email to Silverstein re (n)(6) depo of WL | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>11/27/2023<br>Emails to/from Client re ████████ | Joshua Feygin | $400.00 | 0.30 | $120.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/27/2023<br>Emails to/from Liebler re ▮▮▮▮▮▮ with WL | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>12/4/2023<br>Receipt and review of confirmation from Holder re: upcoming mediation. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>12/5/2023<br>Emails to/from Silverstein re ▮▮▮▮▮▮ agreement; receipt of draft ▮▮▮▮▮▮ agreement and review of same; revisions that followed | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>12/8/2023<br>Receipt and review of email from Silverstein re ▮▮▮▮▮▮ agreement. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>12/11/2023<br>Issuance of ▮▮▮▮▮▮ agreement to client for esigning no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>12/11/2023<br>Email to Holder re cancellation of mediation | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>12/12/2023<br>Preparation of joint notice of ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>12/12/2023<br>Issuance of executed ▮▮▮▮▮▮ agreement to Silverstein. Confirming payment due by 1/2/24. Request to coordinate ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>12/12/2023<br>Receipt and review of court order re ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>12/26/2023<br>Email to Sielvestein re status of ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/4/2024<br>Conferral email to Silverstein re late payment | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/8/2024<br>Conferral email to Silverstein re late payment | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/12/2024<br>Conferral email to Silverstein re late payment | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/16/2024<br>Preparation of motion to enforce ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 1.50 | $600.00 |
| Time<br>1/16/2024<br>Submission of Sacone Motion to Enforce ▮▮▮▮▮▮ no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>1/16/2024<br>Emails to/from client re missed appointment to ▮▮▮▮▮▮ | Joshua Feygin | $400.00 | 0.20 | $80.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>1/26/2024<br>Receipt and review court order to file ████ agreement | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/26/2024<br>Email to Silverstein to resolve ████████████████<br>████████████████ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/29/2024<br>Request from Silverstein for MFET to respond to motion to enforce; granted. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/29/2024<br>Review of WL notice of compliance | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/29/2024<br>Review of Order granting MFET to respond to motion to enforce ████████ | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>1/30/2024<br>Filing of ████ agreement under seal. | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>1/30/2024<br>Initial drafting of Motion for Default Final Judgment inclusive of research. | Joshua Feygin | $400.00 | 1.90 | $760.00 |
| Time<br>1/31/2024<br>Emails to/from Silversten re ████████ | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>1/31/2024<br>Encrypted message from WL re ████████ | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/1/2024<br>Emails to/from client re case status | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/8/2024<br>Preparation of notice of withdrawal motion to enforce. | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>2/8/2024<br>Emails to/from Silverstein re motion to enforce. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/8/2024<br>Submission of notice of withdrawal. no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>2/9/2024<br>Receipt and review of Court's order to file stip of dismissal WL | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>2/23/2024<br>Receipt and review of order to show cause re joint stip dismissal WL | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>2/23/2024<br>Preparation of joint stip of dismissal; issuance to Silverstein for review and approval | Joshua Feygin | $400.00 | 0.20 | $80.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>2/23/2024<br>Submisson of joint stip of dismissal | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>2/23/2024<br>Receipt and review email from Roger Davis; emails to/from that followed. | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/24/2024<br>Email to Aty Davis re meet/confer re Motion for Default Final Judgment; response that followed | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/25/2024<br>Phone call with Atty Davis re status of case; meet confer re motion for default | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/26/2024<br>Emails to/from Atty Davis | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/26/2024<br>Phone call to Atty Davis; no response | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>2/26/2024<br>Email to Aty Davis re status of case and timeline ▓▓▓▓▓▓ | Joshua Feygin | $400.00 | 0.40 | $160.00 |
| Time<br>2/26/2024<br>Receipt and review of order of dismissal as to WL | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>2/26/2024<br>Issuance of affidavit to client for review and execution | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>2/26/2024<br>Courtesy service of Motion for Default + Affidavit to Atty Davis | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>2/27/2024<br>Issuance of motion for default final judgment to Carstrada RA and Atty Davis no charge | Joshua Feygin | $400.00 | 0.00 | $0.00 |
| Time<br>2/28/2024<br>Phone call from Atty Davis | Joshua Feygin | $400.00 | 1.50 | $600.00 |
| Time<br>2/28/2024<br>Emails to/from Atty Davis | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Time<br>2/28/2024<br>Email to J Schwartz/WL r▓▓▓▓▓▓greement per Atty Davis insistence | Joshua Feygin | $400.00 | 0.10 | $40.00 |
| Time<br>2/29/2024<br>Emails to/from Atty Davis | Joshua Feygin | $400.00 | 0.20 | $80.00 |
| Communicate (other outside counsel)<br>4/2/2024<br>Call from R Barry Davis re ▓▓▓▓▓ | Joshua Feygin | $400.00 | 0.50 | $200.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/25/2024<br>Initial drafting - motion for fees/costs | Joshua Feygin | $400.00 | 2.20 | $880.00 |
| Time<br>4/29/2024<br>Final revisions to Motion for Fees and Costs | Joshua Feygin | $400.00 | 1.80 | $720.00 |
| | | **Time Entries Total** | **47.10** | **$18,840.00** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Uncategorized<br>2/24/2023<br>title history | Joshua Feygin | $10.00 | 1.00 | $10.00 |
| Uncategorized<br>3/2/2023<br>USPS Priority Mail postage | Joshua Feygin | $9.65 | 1.00 | $9.65 |
| Courtfees<br>4/27/2023<br>filing fee | Joshua Feygin | $402.00 | 1.00 | $402.00 |
| Uncategorized<br>5/4/2023<br>SOP fee to M Williams for WL | Joshua Feygin | $49.60 | 1.00 | $49.60 |
| Uncategorized<br>6/22/2023<br>ervice of process attempts Carstrada | Joshua Feygin | $130.00 | 1.00 | $130.00 |
| Uncategorized<br>7/5/2023<br>Sec of State SOP fee | Joshua Feygin | $20.00 | 1.00 | $20.00 |
| Uncategorized<br>7/7/2023<br>Certified mail re notice of SOS SOP to Hollywood address | Joshua Feygin | $7.00 | 1.00 | $7.00 |
| Uncategorized<br>7/7/2023<br>Certified mail re notice of SOS SOP to Mia Beach address | Joshua Feygin | $7.00 | 1.00 | $7.00 |
| Uncategorized<br>7/28/2023<br>First class postage; motion for default | Joshua Feygin | $0.60 | 1.00 | $0.60 |
| Uncategorized<br>2/27/2024<br>First class postage; motion for default final judgment to Atty Davis | Joshua Feygin | $0.60 | 1.00 | $0.60 |
| Uncategorized<br>2/27/2024<br>First class postage; motion for default final judgment to Carstrada RA | Joshua Feygin | $0.60 | 1.00 | $0.60 |
| | | **Expenses Total:** | **11.00** | **$637.05** |

| | |
|---|---|
| Total (USD) | $19,477.05 |
| Payment 1109 4/29/2024 <br> Westlake Settlement FEES | $-6,392.00 |
| Balance | $13,085.05 |