# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 23-CV-60782 AHS

MORGAN SACCONE

Plaintiff(s)

v.

CARSTRADA INC

Defendant(s)

FILED BY ___PC___ D.C.

May 13, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

Motion for Extension of time to file Response
(TITLE OF DOCUMENT)

I, CARSTRADA INC plaintiff or defendant, in the above styled cause, I AM ASKING COURT TO GRANT EXTENSION OF JUDGEMENT THAT ENTER AGAINS CARSTRADA I NEED TO FIND ATORREY BECAUSE MY ATORNEY IS NO LONGER CAN PRACTISE LAW ALSO I CAN PROVE THAT CASE NEED TO BE DISMIS BECAUSE THE ATORNEY JOSHUA FAYGEN AND MORGAN SACONE IS ACTING NOT IN GOOD FAITH. BECAUSE I HAD PAID. AND REIMBERIS MORGAN SACONE AND CARSTRADA BUY THE CAR BACK AND PAID THE DOWN PAYMEN FROM DAY 1. OF 8200. AND I ALSO PAID ALL FEES WITH THE BANK WESTLAKE FINANCIAL SERVICES OF ALMOST $14,000 PLUS WE BOUGHT THE CAR BACK

(Rev. 10/2002) General Document

MR FAYGEN IS SEEKING MORE FEES AND JUDMENT FOR 24.000 PLUS FEE AND HE ALREADY RECEIVED 2200 FROM BOA COMPANY AND FEE FROM WESTLAKE FINANCIAL SERVICES AND MRS SACONE RETURNED THE CAR TO CARSTRADA WHICH WE AGREE FROM DAY 1, AND NOW MR. FAYGEN WANT ANOTHER 24.000 PLUS MORE FEE.

I HAVE ALL THE EMAILS AND PROF THAT I WANT TO RESOLVE THIS FROM DAY 1.

AND CARSTRADA WILL TRY TO PROVE THIS IN COURT.

**Certificate of Service**

I, VAL SIGAL, certify that on this date 5-13-2024 a true copy of the foregoing document was mailed to: MORGAN M. SACCONE

name(s) and address(es)

CARSTTRADA INC

By: VAL SIGAL

Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

Phone Number

Facsimile Number

954-261-2401

Street Address

6023 B HOLLYWOOD BLVD HOLLYWOOD FL 33024

City, State, Zip Code