

**JOSHUA FEYGIN <josh@sueyourdealer.com>**

---

## 2019 Honda HRV Morgan Saccone
2 messages

---

**Sales Dep** <carstrada@gmail.com>  
To: JOSHUA FEYGIN <josh@sueyourdealer.com>  
Wed, Mar 29, 2023 at 5:06 PM

Hi Jason  
After reviewing your settlement agreement  
I saw that you saying that I have to pay 10.000  
Representing statuary damages for violation of  
The Odometer Act?  
She bought the car with Actual miles and I Have  
Odometer Disclosures. So were you getting that .

Val Sigal  
Carstrada

Sent from my iPhone

---

**JOSHUA FEYGIN** <josh@sueyourdealer.com>  
To: Sales Dep <carstrada@gmail.com>  
Wed, Mar 29, 2023 at 5:20 PM

The demand letters that were delivered to the dealership clearly and succinctly explain the dealership's violation of the Odometer Act.

The violation has nothing to do with the odometer reading. It has to do with the dealership's failure to present the consumer with the title for inspection (as required by the Odometer Act) in order to conceal the fact that the vehicle had a branded title.

The 11th Circuit Court of Appeals found a violation of the Odometer Act occurred under similar circumstances when a dealership withheld the certificate of title with intent to defraud and conceal the fact that a vehicle was previously used as a rental car. I attach the decision for your ready reference. That case remains good law to this day.

The result will be no different here. The dealership was obligated to make mileage disclosures on the certificate of title exclusively and provide the certificate of title to my client for examination and signature. Instead, the dealership improperly used several DHSMV forms to bypass the requirements of the Odometer Act with the express intent to conceal the fact that the vehicle was branded with a rebuilt title.

This is not a difficult case to prove.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*  
P: 954.228.5674  
F: 954.697.0357  
A: 1930 Harrison Street  
    Suite 208F  
    Hollywood, FL 33020  
    (Note: By Appointment Only)  
W:  www.jfeyginesq.com  
E:  josh@jfeyginesq.com

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Wed, Mar 29, 2023, 5:07 PM Sales Dep <carstrada@gmail.com> wrote:
> Hi Jason
> After reviewing your settlement agreement
> I saw that you saying that I have to pay 10.000
> Representing statuary damages for violation of
> The Odometer Act?
> She bought the car with Actual miles and I Have
> Odometer Disclosures. So were you getting that .
>
> Val Sigal
> Carstrada
>
> Sent from my iPhone

 **Owens v. Samkle Auto. Inc. _ 425 F.3d 1318.PDF**
232K