**RELEASE AND ASSIGNMENT**

In consideration of the payment of Eight Thousand Two Hundred Forty Dollars and No Cents ($8,240.00) by Hudson Insurance Company ("Hudson") and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Morgan M. Saccone ("Saccone") hereby releases and forever discharges Hudson, its officers, directors, employees, agents, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Saccone had, now has or will ever have whether known or unknown relating to the transaction for a 2019 Honda HR-V VIN: 3CZRU5H77KM718777 with Carstrada, Inc. ("Carstrada") and the Motor Vehicle Dealer Bond No. 60007183, for the 2022-2023 Bond Effective Period (the "Bond") issued by Hudson Insurance Company with Carstrada as Principal. This is not a release of Carstrada.

In further consideration of the foregoing, Saccone hereby irrevocably assigns, transfers and sets over to Hudson, its successors and assigns, all of her right, title and interest in and to her claim against the Bond.

Dated: _____4/28/2023_____

Morgan M. Saccone

Signature: *Morgan Saccone*

Print: Morgan Saccone