

JOSHUA FEYGIN <josh@sueyourdealer.com>

## Fw: Failure Notice

**JOSHUA FEYGIN** <josh@sueyourdealer.com>  Fri, Feb 23, 2024 at 5:02 PM
To: Roger Barry Davis <rogerlaw1@aol.com>

02/26 is this Monday.
I prefer phone.

Regards,

Joshua Feygin, Esq.
Attorney at Law

954.321.0507
josh@sueyourdealer.com
www.sueyourdealer.com
1930 Harrison St. Suite 208
Hollywood, FL 33020



On Fri, Feb 23, 2024 at 5:01 PM Roger Barry Davis <rogerlaw1@aol.com> wrote:
> I have no idea how prejudice could result but will strive to meet my announced deadline of Wed - can I meet with you in person on that day?
>
> Roger Barry Davis, Atty. at Law
>
> NOTE WELL : unless expressly stated, or otherwise obvious, this messge is confidential, and/or embraced by the privilege between client and attorney.
> Sent from the all new AOL app for iOS
>
>> On Friday, February 23, 2024, 5:00 PM, JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:
>>
>> Mr. Davis:
>>
>> Thank you for your email. There is a court ordered deadline to file a Motion for Default Final Judgment by 02/26. Your client has been defaulted since 07/28/23. I will not agree to prejudice my client by ignoring the Court's order. Please provide your availability to speak before the court imposed deadline.
>>
>> Regards,
>>
>> Joshua Feygin, Esq.
>> Attorney at Law
>>
>> 954.321.0507
>> josh@sueyourdealer.com
>> www.sueyourdealer.com
>> 1930 Harrison St. Suite 208
>> Hollywood, FL 33020



On Fri, Feb 23, 2024 at 4:49 PM Roger Barry Davis <rogerlaw1@aol.com> wrote:

Roger Barry Davis, Atty. at Law

NOTE WELL : unless expressly stated, or otherwise obvious, this messge is confidential, and/or embraced by the privilege between client and attorney.
Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, February 23, 2024, 4:44 PM, MAILER-DAEMON@aol.com wrote:

Sorry, we were unable to deliver your message to the following address.

<Josh@feyginesq.com>:
No mx record found for domain=feyginesq.com

---------- Forwarded message ----------
Counsel;

I hasten to write to you respecting the captioned, wherein your Motion For Default in the USDC is imminent.. I have just been telephonically consulted and retained by Mr. Sigal, who was referred to me.

At the dispatch hereof, I am visiting with family for California, and will must confer on Tuesday with the gentleman, review the situation, and shall apprise you respecting our position by the close of business on Wednesday.

Based on what I already have learned , my request that you forebear from any further action herein, until you and I speak ; appears perfectly reasonable, and I covenant to extend similar courtesies to you, going forward .

Thank you for your anticipated cooperation..

Sincerely,

Roger

Roger Barry Davis, Atty. at Law

NOTE WELL : unless expressly stated, or otherwise obvious, this messge is confidential, and/or embraced by the privilege between client and attorney.
Sent from the all new AOL app for iOS